| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------X<br>In re:<br><br><br>DAVID ANTHONY DIXON<br><br>     Debtor(s)<br>---------------------------------------------------------X | *Return Date:* **January 29, 2026**<br>*Time:* **10:00 a.m.**<br><br><br>Chapter 13<br>Case No.: 25-74646-543<br><br><br>**NOTICE OF MOTION** |

SIRS / MADAMS

    **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Sheryl P. Giugliano, United States Bankruptcy Judge on the 29TH, day of JANUARY, 2026 at 10:00 a.m., at the United States Bankruptcy Court located at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza – Courtroom 860, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to appear, and/or, be examined at §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

    **PLEASE TAKE NOTICE**, that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two (2) days prior to the hearing. The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email courtroom deputy for instructions at (631) 712-6276, SPG_hearings@nyeb.uscourts.gov.

    **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than three (3) days prior to the return date of this motion.

| | |
|---|---|
| Dated: Islandia, New York<br>    January 9, 2026 | Yours, etc.<br><br>MICHAEL J. MACCO<br>Chapter 13 Trustee<br>2950 Express Drive South, Suite 109<br>Islandia, New York 11749<br>(631) 549-7900 |

*To:* *Office of the United States Trustee*
   *David Anthony Dixon, Pro-Se Debtor(s)*
   *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X    **tmm1634**
In re:

                                                              Chapter 13
                                                              Case No.: 25-74646-543

DAVID ANTHONY DIXON

                     Debtor(s)                            **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE SHERYL P. GIUGLIANO, UNITED STATES BANKRUPTCY JUDGE:

        MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

        1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on December 3, 2025, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

        2. As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

        3. In addition, as of this date the debtor(s) has failed to file and/or provide to the Trustee a Chapter 13 Plan; Certificate of Credit Counseling; Statement of Financial Affairs; Statement of Current Monthly Income and Means Test; complete set of schedules; copies of pay statements from employer for sixty (60) day period preceding filing, within the fifteen (15) day period required under the Bankruptcy Code.

        4. Furthermore, as of this date the debtor has failed to provide the Trustee with copies of previous year's State and Federal Tax Returns; all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

        5. Moreover, the debtor failed to appear, and/or, be examined at the initial §341 meeting of creditors held on January 6, 2026 at 11:00 a.m.

        6. This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

        **WHEREFORE**, the Trustee requests for an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
        January 9, 2026

                                                               **/s/ Michael J. Macco**
                                                               Michael J. Macco, Chapter 13 Trustee
                                                               2950 Express Drive South, Suite 109
                                                               Islandia, New York 11749
                                                               (631) 549-7900

**CERTIFICATE OF SERVICE**
**BY MAIL AND ELECTRONIC**
**SERVICE**

This is to certify that I, Kayla Shofner, have this day served a true, accurate and correct copy of the within *Notice of Motion and Application,* by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*David Anthony Dixon*
*435 Franklin Ave*
*Hewlett, NY 11557*
*Pro Se Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*Long Island Federal Courthouse*
[USTPRegion02.LI.ECF@usdoj.gov](mailto:USTPRegion02.LI.ECF@usdoj.gov)

*Whoiscamera, LLC*
*c/o Berkman Henoch Peterson & Peddy, PC*
*Attn: Nicholas Tuffarelli*
*Email:* [n.tuffarelli@bhpp.com](mailto:n.tuffarelli@bhpp.com)
*Creditor(s)*

This January 9, 2026

**/s/ Kayla Shofner**
Kayla Shofner, Paralegal
Office of the Standing Chapter 13 Trustee
Michael J. Macco, Esq.
2950 Express Drive South, Suite 109
Islandia, NY 11749
631-549-7908