UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

In re:

                      CHAPTER 13

**David Anthony Dixon**          CASE NO. 25-74646-543

              Debtor(s).        **ORDER**

----------------------------------------------------X

Upon the motion of the Trustee dated January 9, 2026, [ECF No. 15], to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, and no opposition or responsive pleadings to the motion having been filed by the Debtor, and a Certificate of No Objection having been filed by the Trustee on January 28, 2026 [ECF No 18], and a hearing on the motion having been held before the Honorable Sheryl P. Giugliano on the 29th day of JANUARY, 2026, at 10:00 a.m. E.T., the transcript of which is incorporated herein by reference, and Michael J. Macco, Chapter 13 Trustee, and Nicholas Tuffarelli, creditor attorney for Whoiscamera, LLC, having appeared in support of the motion, and Debtor, David Anthony Dixon having appeared, and the motion having been adequately served upon the necessary parties, as set forth in the affidavit of service filed with the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and sufficient cause having been shown, it is

**ORDERED**, that pursuant to the provisions of 11 U.S.C. §1307(c), the above referenced Chapter 13 case is hereby dismissed.



Dated: Central Islip, New York
February 6, 2026

                                              _____
                                              Sheryl P. Giugliano
                                              United States Bankruptcy Judge